**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 1, 2011.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

### NO. 14-11-00975-CV

———————

**GARY HORNDESKI, M.D., Appellant**

**V.**

**ALVIN G. WILLIAMSON, Appellee**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 07-CV-0632**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 5, 2011. On November 17, 2011, the parties filed a motion to dismiss the appeal in order to effectuate a compromise and settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges, Justices Anderson and Christopher.